**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JAMAL YUSEF BARR,** | : | |
| Petitioner | : | **No. 1:26-cv-01043-YK** |
| | : | |
| v. | : | **(Judge Kane)** |
| | : | |
| **TRAVIS SHENK,** | : | |
| Respondent | : | |

## ORDER

**AND NOW**, on this 18th day of May 2026, after considering pro se Petitioner Jamal

Yusef Barr ("Barr")'s petition for a writ of habeas corpus under 28 U.S.C. § 2241 and supporting

memorandum of law (Doc. Nos. 1, 1-1), first application for leave to proceed in forma pauperis

("IFP Application") (Doc. No. 3), second application for leave to proceed in forma pauperis

(Doc. No. 7), and two certified prisoner trust fund account statements (Doc. Nos. 6, 8), and for

the reasons stated in the accompanying Memorandum, **IT IS ORDERED THAT**:

1. The IFP Application (Doc. No. 3) is **GRANTED**, and Barr has leave to proceed in forma pauperis in this case;

2. Barr's second in forma pauperis application (Doc. No. 7) is **DENIED AS MOOT**;

3. Barr's petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Doc. No. 1) is **DEEMED FILED**;

4. Barr's petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE**;

5. The Clerk of Court is directed to **MAIL** a copy of this Order and the accompanying Memorandum to Barr at his address of record;

6. A certificate of appealability **SHALL NOT ISSUE**; and

7.    The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania